*This case was not selected for publication in the Federal Reporter*

**Wayne Allen BAUER, Appellant,**

v.

**Joe POWELL, Deputy Sheriff for Benton County, Arkansas, in his official and individual capacities, Appellee.**

No. 05–3388.

United States Court of Appeals, Eighth Circuit.

Submitted: Dec. 6, 2006.

Filed: Dec. 14, 2006.

Norman Douglas Norwood, Doug Norwood, Susan T. Lusby, Norwood & Norwood, Rogers, AR, for Appellant.

Jason E. Owens, Duncan & Rainwater, Michael R. Rainwater, Rainwater & Holt, Little Rock, AR, for Appellee.

Before MURPHY, BYE and MELLOY, Circuit Judges.

1. The Honorable Beverly Stites–Jones, United States Magistrate Judge for the Western District of Arkansas, to whom the case was re-

[UNPUBLISHED]

PER CURIAM.

Wayne Allen Bauer appeals from the district court's [1] grant of summary judgment in favor of Joe Powell in this 42 U.S.C. § 1983 action. Bauer claimed that Powell, a patrol officer for Benton County, Arkansas, violated Bauer's civil rights by causing his probable cause hearing to be unreasonably delayed following his arrest. Having carefully reviewed the record de novo, *see Jacob–Mua v. Veneman*, 289 F.3d 517, 520 (8th Cir.2002), we find the district court's analysis to be correct, thorough, and well-reasoned. Accordingly, we affirm. *See* 8th Cir. R. 47B.

ferred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).